L. Bishop Austin, Esq. (CA SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
lbishopbk@yahoo.com
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In Re: | CASE NO: 2:10-BK-23811-BB |
|---|---|
| MARIA LUISA CERDA<br>A/K/A LUISA MARIA CERDA<br>A/K/A MARIA LUISA CERDA ESTRADA<br><br>Debtor(s). | CHAPTER  7<br><br>DECLARATION OF DEBTOR MARIA LUISA CERDA RE: USE OF AN UNAUTHORIZED SOCIAL SECURITY NUMBER IN THE PAST; PROOF OF SERVICE TO ALL CREDITORS INCLUDING THE THREE MAJOR CREDIT BUREAUS TRANSUNION, EQUIFAX AND EXPERIAN<br><br>[NO HEARING REQUIRED] |

I, MARIA LUISA CERDA the debtor in this case, declare under penalty of perjury as follows:

1. In 1998 I started using a social security number that was never assigned to me from the Social Security Administration. The social security number that I used was 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. I have been using that number for work purposes.

2. I have disclosed my ITIN number 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 and the above social security number in my bankruptcy using the form 21: Statement of Social Security Number at

1

time of filing my bankruptcy. I have also disclosed all the names that I have in the past 8 years.

3. In the past, I accepted credit offers from creditors because I had a steady job and income that helped me to pay my credit cards on time. Recently my income was reduced and now I am unable to pay my creditors on time. I cannot afford my debts any more.

4. I have been assigned an Individual Tax Identification Number from the IRS: 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. This is the number that I use for income tax purposes and I have filed my Income taxes all the years with that number.

5. All my creditors including Trans-Union, Equifax and Experian have been notified of my bankruptcy and a copy of this declaration has been sent to them.

6. For the last 8 years, I have never used a different name as the ones disclosed in my petition. My addresses for the last 8 years is as follows:
   a. May'09 – Present: 118591/2 207th St. Lakewood, CA
   b. Nov'09 – Apr'09: 906 S Fann St #E, Anaheim, CA
   c. Jul'08 – Oct'08: 296 S Oak St, Orange, CA
   d. Aug'06 – Jun'08: 400 S Flower St #113, Orange, CA
   e. Feb'06 – Jul'06: 8577 Trask Ave #D12 Gardengrove CA
   f. Sep'05 – Jan'06: 13206 Hoover St #26 Westminister CA
   g. Sep'98 – Aug'05: 2901 E Vine Ave #B, Orange, CA

7. This declaration has been translated to me from English to Spanish before I sign it.

1     I declare under penalty of perjury under the laws of The
2 United States of America that the foregoing is true and correct
3 and if called to testify I would and could do so competently.
4     This declaration was executed on March 28, 2010 at Los
5 Angeles, California.

                    */s/ Luisa Cerda*
                    MARIA LUISA CERDA

3

**PROOF OF SERVICE BY MAIL**

I, <u>MOISES LOPEZ</u> declare that:

I am employed in the County of Los Angeles, California. My business address is: 3250 Wilshire Blvd., Ste 1500, Los Angeles, CA 90010. I am over the age of eighteen years and not a party to this cause.

On **05/28/2010** I served the **DECLARATION OF DEBTOR(S) RE: USE OF AN UNAUTHORIZED SOCIAL SECURITY NUMBER IN THE PAST; PROOF OF SERVICE TO ALL CREDITORS INCLUDING TRANSUNION, EQUIFAX AND EXPERIAN, THE THREE MAJOR CREDIT BUREAUS** in said cause by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at Los Angeles, California, addressed as follows:

** SEE ATTACHED SERVICE LIST

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **05/28/2010** at Los Angeles, California.

*[signature]*
MOISES LOPEZ